IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JAMES MCKEE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | Case No. 2:18-cv-11303-SJM-APP<br><br>Judge Stephen J. Murphy III<br>Magistrate Judge Anthony P. Pattie |

## JOINT STATUS REPORT

Plaintiff James McKee and General Motors LLC provide the Court with this Joint Status Report.

1. The parties have entered into a written settlement agreement that resolves this action and provides for its dismissal.

2. Once the parties have satisfied their respective obligations under the settlement agreement, they will submit a stipulation of dismissal disposing of this action.

Dated: June 22, 2020

Respectfully submitted,

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Dennis A. Lienhardt (P81118)
**The Miller Law Firm, P.C.**

1

950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com

**Sauder Schelkopf LLC**
Joseph G. Sauder
Matthew D. Schelkopf
Joseph B. Kenney
555 Lancaster Avenue
Berwyn, PA 19312
Tel: (610) 200-0581
Facsimile: (610) 421-1326
jgs@sstriallawyers.com
mds@sstriallawyers.com
jbk@sstriallawyers.com

**Capstone Law APC**
Jordan L. Lurie
Tarek H. Zohdy
Cody R. Padgett
Karen L. Wallace
1875 Century Park East, Suite 1000
Los Angeles, CA 90067
Tel: (310) 556-4811
Facsimile: (310) 943-0396
Jordan.Lurie@Capstonelawyers.com
Tarek.Zohdy@Capstonelawyers.com
Cody.Padgett@Capstonelawyers.com
Karen.Wallace@Capstonelawyers.com

*Counsel for Plaintiff*

BARRIS, SOTT, DENN & DRIKER, PLLC
/s/ *Daniel J. LaCombe*
_____
Daniel J. LaCombe (P38602)

2

333 W. Fort Street, Suite 1200
Detroit, MI 48226
Telephone: (313) 965-9726
dlacombe@bsdd.com

Kathleen Taylor Sooy
Jared A. Levine
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: 202-624-2500
Facsimile: 202-628-5611
ksooy@crowell.com
jalevine@crowell.com

*Counsel for General Motors LLC*