UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES MCKEE,

        Plaintiff,

Case No. 2:18-cv-11303

HONORABLE STEPHEN J. MURPHY, III

v.

GENERAL MOTORS LLC,

        Defendant.
                             /

## ORDER ADOPTING STIPULATION [56] AND DISMISSING THE CASE

The present case is a class action that alleged multiple breach of warranty and tort claims against Defendant General Motors LLC. ECF 1. On July 13, 2020, the parties filed a stipulation of dismissal. ECF 56. The Court will adopt the stipulation and dismiss the case with prejudice.

**WHEREFORE**, it is hereby **ORDERED** that the stipulation of dismissal [56] is **ADOPTED**.

**IT IS FURTHER ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

        s/ Stephen J. Murphy, III
        STEPHEN J. MURPHY, III
        United States District Judge

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 20, 2020, by electronic and/or ordinary mail.

        s/ David P. Parker
        Case Manager